| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____   Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  The Aztec Fund Holding, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  61-1747839

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Paseo de los Tamarindos 90<br>Torre 2 - Piso 27<br>Bosque de las Lomas, CDMX 05120 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.aztecfunds.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  The Aztec Fund Holding, Inc.
     Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | The Aztec Fund Holding, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| | Debtor | See attached Rider | Relationship | |
|---|---|---|---|---|
| | District | | When | | Case number, if known | |

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
         Contact name
         Phone

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>■ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Docusign Envelope ID: BFF31B1E-2A4E-48D3-9D91-27380D53434A

| Debtor | The Aztec Fund Holding, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 5, 2024
              MM / DD / YYYY

X  *Charles Haddad* (DocuSigned)                Charles Haddad
   Signature of authorized representative of debtor     Printed name

Title  President

**18. Signature of attorney**

X  */s/ John D. Cornwell*                Date  August 5, 2024
   Signature of attorney for debtor               MM / DD / YYYY

John D. Cornwell
Printed name

Munsch Hardt Kopf & Harr, P.C.
Firm name

500 N. Akard St., Ste. 4000
Dallas, TX 75201
Number, Street, City, State & ZIP Code

Contact phone  713-222-4066     Email address  jcornwell@munsch.com

24050450 TX
Bar number and State

**Fill in this information to identify the case:**

Debtor name: The Aztec Fund Holding, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    Corporate Ownership Statement; and List of Creditors Who Have the 30 Largest Unsecured Claims

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 5, 2024           x _Charles Haddad_____
                                        Signature of individual signing on behalf of debtor

                                        Charles Haddad
                                        Printed name

                                        President
                                        Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| THE AZTEC FUND HOLDING, INC., *et al.*,[1] | § § | Case No. 24-_____ |
| Debtors. | § § § | (Joint Administration Requested) |

### RIDER

### Pending Bankruptcy Cases

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas, Houston Division for relief under chapter 11 of title 11 of the United States Code. The Debtors are seeking joint administration of the cases listed below under the case number assigned to the chapter 11 case of The Aztec Fund Holding, Inc.

1. The Aztec Fund Holding, Inc.
2. Aztec OME Holdings, Inc.
3. OME 2001 Mark Center, LLC
4. OME Bowie Corporate Center, LLC
5. OME Lake Vista III & IV, LLC
6. OME Windward Oaks, LLC
7. TAF 5775 DTC, LLC
8. TAF Intellicenter, LLC
9. TAF Lakeside II, LLC
10. TAF Pinnacle Park, LLC
11. TAF Pinnacle Park Land, LLC
12. TAF Royal Tech, LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: The Aztec Fund Holding, Inc. (7839); Aztec OME Holdings, Inc. (1731); OME 2001 Mark Center, LLC (9459); OME Bowie Corporate Center, LLC (2184); OME Lake Vista III & IV, LLC (4040); OME Windward Oaks, LLC (5261); TAF 5775 DTC, LLC (2526); TAF Intellicenter, LLC (0832); TAF Lakeside II, LLC (0253); TAF Pinnacle Park, LLC (3055); TAF Pinnacle Park Land, LLC; and TAF Royal Tech, LLC (6049). The Debtors' service address is: Paseo de los Tamarindos 90, Torre 2 - Piso 27, Bosque de las Lomas, CDMX 05120.

**Fill in this information to identify the case:**

Debtor name: The Aztec Funding Holding, Inc.

United States Bankruptcy Court for the: Southern    District of Texas
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

|   | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **CITY OF DALLAS**<br>1500 MARILLA ST. 7DN<br>DALLAS, TX 75201 | ATTN NICOLE CARREON<br>P:<br>F:<br>Nicole.carreon@dallas.gov | Utilities |  |  |  | $250,704.76 |
| 2 | **NUTECH HVAC JETTING & DRAIN SERVICES**<br>8609 WESTWOOD CENTER DR #110<br>TYSONS CORNER, VA 22182 | ATTN LEGAL DEPARTMENT<br>P: 703-722-0109<br>F: | Maintenance & Repair |  |  |  | $84,876.29 |
| 3 | **CUSHMAN & WAKEFIELD**<br>1401 LAWRENCE STREET, SUITE 1100<br>DENVER, CO 80202 | ATTN TODD M WHEELER<br>P: 303-813-6441<br>F:<br>todd.wheeler@cushwake.com | Leasing Commissions |  |  |  | $80,153.83 |
| 4 | **GEXA ENERGY LP**<br>601 TRAVIS STREET, SUITE 1400<br>HOUSTON, TX 77002 | ATTN LEGAL DEPARTMENT<br>P: 713-470-0400<br>F: 866-648-4392 | Utilities |  |  |  | $39,180.71 |
| 5 | **UG2 LLC**<br>1133 15TH STREET NW, SUITE 840<br>WASHINGTON, DC 20005 | ATTN CHUCK RESTIVO, VP OPERATIONS<br>P: 202-869-5234<br>F:<br>mroda@ug2.com | Cleaning Services |  |  |  | $35,446.30 |
| 6 | **NEWMARK**<br>1800 LARIMER ST<br>DENVER, CO 80202 | ATTN JEFF CASTLETON<br>P: 303-260-4391<br>F:<br>jeff.castleton@nmrk.com | Leasing Commissions |  |  |  | $20,943.49 |
| 7 | **MONA ELECTRIC**<br>1572 LARKIN WILLIAMS ROAD<br>ST LOUIS, MO 63026 | ATTN DAVID HOWELL<br>P: 636-492-7500<br>F:<br>David.Howell@getmona.com | Maintenance & Repair |  |  |  | $9,200.00 |

Debtor: The Aztec Fund Holding, Inc., *et al.*  Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **REIS ASSOCIATES LLC** <br> 2901 WILCREST DR., SUITE 410 <br> HOUSTON, TX 77042 | ATTN DEBBY ALANIZ, PRINCIPAL <br> P: 832-410-1424 <br> F: | Professional Services | | | | $8,191.00 |
| 9 | **XCEL ENERGY** <br> 414 NICOLLET MALL <br> MINNEAPOLIS, MN 55401 | ATTN ROB BERNTSEN, CHIEF LEGAL OFFICER <br> P: 612-330-5500 <br> F: | Utilities | | | | $7,519.81 |
| 10 | **HODSON & HODSON** <br> 14417 RANCH TRAIL DRIVE <br> EL CAJON, CA 92021 | ATTN PATTI HODSON <br> P: <br> F: <br> patti@handhcpas.com | Professional Services | | | | $7,087.50 |
| 11 | **RYAN, LLC** <br> THREE GALLERIA TOWER <br> 13155 NOEL ROAD, SUITE 100 <br> DALLAS, TX 75240-5090 | ATTN MICHAEL MARTENS, PRINCIPAL <br> P: 972-934-0022 <br> F: 972-960-0613 <br> michael.martens@ryan.com | Professional Services | | | | $6,442.32 |
| 12 | **DENVER WATER** <br> 1600 W. 12TH AVE <br> DENVER, CO 80204-3412 | ATTN JESSICA BRODY, GENERAL COUNSEL <br> P: <br> F: <br> Jessica.Brody@denverwater.org | Utilities | | | | $6,275.94 |
| 13 | **HINES SOUTHWEST LLC** <br> 845 TEXAS AVE STE 3300 <br> HOUSTON, TX 77002 | ATTN VICKI HILL <br> P: <br> F: <br> vicki.hill@hines.com | Property Management | | | | $5,634.38 |
| 14 | **THE CITY OF ALPHARETTA, GA** <br> FINANCE DEPT-TAX <br> 2 PARK PLAZA <br> ALPHARETTA, GA 30009 | ATTN THOMAS HARRIS, FINANCE DIRECTOR <br> P: 678-297-6000 <br> F: <br> tharris@alpharetta.ga.us | Taxes | | | | $5,206.62 |
| 15 | **W.E. BOWERS & ASSOCIATES INC.** <br> 12401 KILN CT SUITE A <br> BELTSVILLE, MD 20705 | ATTN LEGAL DEPARTMENT <br> P: 301-419-2488 <br> F: <br> info@webowers.com | Maintenance & Repair | | | | $4,830.00 |
| 16 | **CLEAN & POLISH BUILDING SOLUTIONS** <br> 9200 CORPORATE BOULEVARD, SUITE 480 <br> ROCKVILLE, MD 20850 | ATTN SCOTT GOULD, CEO <br> P: 301-424-1516 <br> F: 301-424-7415 <br> info@cleanandpolish.com | Cleaning Services | | | | $4,599.00 |
| 17 | **ENTOS DESIGN, INC.** <br> 5400 LYNDON B. JOHNSON FRWY STE 125 <br> DALLAS, TX 75240 | ATTN SUZANNE BRASUELL, CEO <br> P: 972-770-2222 <br> F: <br> sbrasuell@entosdesign.com | Trade Vendor | | | | $4,560.40 |

Debtor:  The Aztec Fund Holding, Inc., *et al.*                                                  Case number (if known): _____

|    | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|----|---|---|---|---|---|---|---|
|    |   |   |   |   | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 18 | **WALKER CONSULTANTS, INC.** 10375 PARK MEADOWS DRIVE, SUITE 425 LONE TREE, CO 80124 | ATTN ANDREW VIDOR, PRINCIPAL P: 303-694-6622 F: avidor@walkerconsultants.com | Professional Services |   |   |   | $4,439.01 |
| 19 | **HAYNES MECHANICAL SYSTEMS, INC.** 5700 S QUEBEC ST STE 200 GREENWOOD VILLAGE, CO 80111 | ATTN KRAIG HAYNES, CEO P: 303-779-0787 F: info@haynesmechanical.com | Maintenance & Repair |   |   |   | $4,294.58 |
| 20 | **CITY OF LEWISVILLE, TX** 151 W CHURCH ST LEWISVILLE, TX 75057 | ATTN LEGAL DEPARTMENT P: 972-219-3400 F: ub@cityoflewisville.com | Utilities |   |   |   | $4,028.34 |
| 21 | **VIRGINIA AMERICAN WATER COMPANY** 2223 DUKE STREET ALEXANDRIA, VA 22314 | ATTN MARY BETH LEONGINI P: F: marybeth.leongini@amwater.com | Utilities |   |   |   | $3,941.81 |
| 22 | **BRIGHTVIEW LANDSCAPE SERVICES, INC.** 980 JOLLY ROAD, SUITE 300 BLUE BELL, PA 19422 | ATTN JONATHAN GOTTSEGEN, CHIEF LEGAL OFFICER P: F: Jonathan.Gottsegen@brightview.com | Landscaping |   |   |   | $3,533.00 |
| 23 | **SIEMEN'S INDUSTRY** C/O CITIBANK (BLDG TECH) PO BOX 2134 CAROL STREAM, IL 60132-2134 | ATTN VINOTH M P: F: vinoth.m@siemens.com | Trade Vendor |   |   |   | $3,254.00 |
| 24 | **ELCON ENTERPRISES INC** 8321 PENN RANDALL PLACE UPPER MARLBORO, MD 20772 | ATTN LEGAL DEPARTMENT P: 301-568-9300 F: 301-735-9566 | Maintenance & Repair |   |   |   | $3,000.00 |
| 25 | **CDS MECHANICAL SERVICES** 909 WILLIAM MEADE COURT DAVIDSONVILLE, MD 21035 | ATTN ISADORE STAROBIN P: 410-956-2767 F: izzy@cdsmechanical.net | Maintenance & Repair |   |   |   | $2,820.50 |
| 26 | **DATAWATCH** 4520 EAST-WEST HIGHWAY BETHESDA, MD 20814 | ATTN WILLIAM F PEEL, III, EVP P: 301-280-4365 F: bpeel@datawatchsystems.com | Trade Vendor |   |   |   | $2,748.54 |
| 27 | **LANDWORKS** 2609 SKYWAY DRIVE GRAND PRAIRIE, TX 75052 | ATTN LEGAL DEPARTMENT P: 972-606-0311 F: landworks1@yahoo.com | Landscaping |   |   |   | $2,623.25 |
| 28 | **REPUBLIC SERVICES, INC.** 1820E SKY HARBOR CIRCLE S STE 150 PHOENIX, AZ 85034 | ATTN LEGAL DEPARTMENT P: F: smeli@republicservices.com; aflores@republicservices.com | Utilities |   |   |   | $2,518.94 |

Debtor: The Aztec Fund Holding, Inc., *et al.*　　　　　　　　Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | **ERNST & YOUNG, LLP** 200 PLAZA DRIVE SECAUCUS, NJ 07094 | ATTN LEGAL DEPARTMENT P: F: | Professional Services | | | | $2,387.00 |
| 30 | **KONE, INC.** 3333 WARRENVILLE RD, STE 700 LISLE, IL 60532 | ATTN DIVYA MEHTA, SVP LEGAL P: 630-577-1650 F: divya.mehta@kone.com | Trade Vendor | | | | $2,338.37 |

Official Form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims　　　page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| THE AZTEC FUND HOLDING, INC., *et al.*,[1] | § § | Case No. 24-_____ |
| Debtors. | § § § | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a corporation, other than a government unit, that directly or indirectly owns 10% or more of any class of The Aztec Fund Holding, Inc.'s equity interests.

| Shareholder | Percentage of Shares Held |
|---|---|
| US TAF S.A.P.I. de C.V. | 100.00% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: The Aztec Fund Holding, Inc. (7839); Aztec OME Holdings, Inc. (1731); OME 2001 Mark Center, LLC (9459); OME Bowie Corporate Center, LLC (2184); OME Lake Vista III & IV, LLC (4040); OME Windward Oaks, LLC (5261); TAF 5775 DTC, LLC (2526); TAF Intellicenter, LLC (0832); TAF Lakeside II, LLC (0253); TAF Pinnacle Park, LLC (3055); TAF Pinnacle Park Land, LLC; and TAF Royal Tech, LLC (6049). The Debtors' service address is: Paseo de los Tamarindos 90, Torre 2 - Piso 27, Bosque de las Lomas, CDMX 05120..

# UNANIMOUS CONSENT OF THE BOARDS OF DIRECTORS
# AND SOLE MEMBERS OF THE RESTRUCTURING PARTIES

## August 5, 2024

All of the members of the boards of directors ("Boards") of The Aztec Fund Holding, Inc., a Delaware corporation ("TAF") and Aztec OME Holdings, Inc., a Delaware corporation ("OME"), and the undersigned as sole member of each of TAF Pinnacle Park, LLC; TAF Pinnacle Park Land, LLC, TAF Intellicenter, LLC; TAF Lakeside II, LLC; TAF Royal Tech, LLC; TAF 5775 DTC, LLC; OME Windward Oaks, LLC; OME Lake Vista III & IV, LLC; OME 2001 Mark Center, LLC; and OME Bowie Corporate Center, LLC (collectively, the "Restructuring Parties") hereby adopt and approve by unanimous written consent the following resolutions and each and every action effected thereby in accordance with applicable state law and the organizational documents of each Restructuring Party (the "Resolutions"):

WHEREAS, the Restructuring Parties constitute an enterprise in the business of owning and managing commercial real estate properties across the United States.  Certain of the Restructuring Parties are borrowers and guarantors under that certain *Consolidated, Amended and Restated Loan Agreement* and the related *Amended and Restated Promissory Note* with Bank of America, N.A., as administrative agent and sole lender, dated on or about November 14, 2019, including all amendments thereto (the "BANA Loan").

WHEREAS, Bank of America has notified certain of the Restructuring Parties that it intends to foreclose on one or more of the commercial real estate properties as soon as August 6, 2024.

WHEREAS, the Restructuring Parties have explored strategic alternatives, including, without limitation, transactions that could take the form of a sale of one or more of the commercial real estate properties, a refinancing, recapitalization, or restructuring of the indebtedness of the Restructuring Parties, and commencing cases under title 11 of the United States Code (the "Bankruptcy Code") (collectively, the "Potential Strategic Alternatives" and each, a "Potential Strategic Alternative");

WHEREAS, the Boards and members of the Restructuring Parties have received, reviewed, and considered materials presented by management and the legal and financial advisors of the Restructuring Parties regarding the Restructuring Parties' financial condition and the impact of the micro- and macroeconomic factors on the business;

WHEREAS, the Boards and members of the Restructuring Parties have received, reviewed and considered advice from management and the legal and financial advisors of the Restructuring Parties regarding Potential Strategic Alternatives to address the Restructuring Parties' financial condition, including pursuant to in-court bankruptcy proceedings, and the impact of the foregoing on the Restructuring Parties' business and stakeholders; and

WHEREAS, in light of the foregoing, the Boards and sole members of the Restructuring Parties have determined that it is desirable and in the best interest of the Restructuring Parties to

cause to be filed petitions of the Restructuring Parties seeking relief under the provisions of Chapter 11 of the Bankruptcy Code.

NOW, THEREFORE, BE IT

**Filing and Prosecution of Bankruptcy Case**

RESOLVED, that it is desirable and in the best interest of the Restructuring Parties to authorize Charles Haddad or any officer of TAF or OME (each, an "Authorized Officer"), to cause to be filed voluntary petitions (the "Chapter 11 Petitions") on behalf of the Restructuring Parties seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that any Authorized Officer, acting on behalf of the Restructuring Parties, is authorized and directed to execute and verify the Chapter 11 Petitions and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), in such form and at such time as any Authorized Officer shall determine; and it is further

RESOLVED, that any Authorized Officer, acting on behalf of the Restructuring Parties, hereby is authorized and directed to execute and file (or direct others to do so on behalf of the Restructuring Parties) all necessary documents, including, without limitation, all petitions, declarations, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain assistance of legal counsel, financial advisors, investment bankers, brokers, accountants or other professionals and to take any and all action deemed necessary and proper in connection with the Chapter 11 cases (the "Chapter 11 Cases"); and it is further

RESOLVED, that any Authorized Officer, acting on behalf of TAF Pinnacle Park Land, LLC ("TAF Land"), hereby is authorized to grant a lien in any and all assets of TAF Land, or the proceeds of any sale thereof, for the purpose of securing use of cash collateral of BANA; and it is further

**Employment of Professionals**

RESOLVED, that the law firm Munsch Hardt Kopf & Harr, PC ("Munsch Hardt") be employed under general retainer as bankruptcy and general counsel for the Restructuring Parties in the Chapter 11 Cases, and any Authorized Officer, acting on behalf of the Restructuring Parties, is hereby authorized and directed to execute appropriate retention agreements, direct payment of appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Munsch Hardt; and it is further

RESOLVED, that the consulting firm Getzler Henrich & Associates LLC ("Getzler") be employed to provide services as financial advisor and other support services for the Restructuring Parties in the Chapter 11 Cases, and any Authorized Officer, acting on behalf of the Restructuring Parties, is hereby authorized and directed to execute appropriate retention agreements, direct payment of appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Getzler; and it is further

RESOLVED, that the firm Hilco Real Estate Appraisals, LLC ("Hilco") be employed as real estate appraiser for the Restructuring Parties in the Chapter 11 Cases, and any Authorized Officer, acting on behalf of the Restructuring Parties, is hereby authorized and directed to execute appropriate retention agreements, direct payment of appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Hilco; and it is further

RESOLVED, that the consulting firm of Stretto, Inc. ("Stretto") be employed as noticing agent and to provide other related services for the Restructuring Parties in the Chapter 11 Cases, and any Authorized Officer, acting on behalf of the Restructuring Parties, is hereby authorized and directed to execute appropriate retention agreements, direct payment of appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Stretto; and it is further

RESOLVED, that any Authorized Officer, acting on behalf of the Restructuring Parties, is hereby authorized and directed to employ any other firm as professionals or consultants to the Restructuring Parties as are deemed necessary to represent and assist the Restructuring Parties in carrying out their duties under the Bankruptcy Code and, in connection therewith, any Authorized Officer, acting on behalf of the Restructuring Parties, is hereby authorized and directed to execute appropriate retention agreements, direct payment of appropriate retainers prior to the filing of the Chapter 11 Cases, and cause to be filed appropriate applications for authority to retain the services of such firm; and it is further

**General Authorizing Resolutions**

RESOLVED that any Authorized Officer, acting on behalf of the Restructuring Parties, is hereby granted full authority to act in the name of and on behalf of the Restructuring Parties, under the Restructuring Parties' seal or otherwise, to make, enter into, execute, deliver, and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Restructuring Parties, to take or cause to be taken any and all other actions, and to incur all such fees and expenses deemed to be necessary, appropriate, or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete the Chapter 11 Cases, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by the officers, directors and/or Boards or sole members of the Restructuring Parties to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Cases, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Restructuring Parties; and it is further

RESOLVED, that any Authorized Officer, acting on behalf of the Restructuring Parties, is authorized, empowered and directed to certify and attest any documents or materials deemed necessary, desirable, or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of further approvals or consents by the Boards or the sole members of the Restructuring Parties; and it is further

RESOLVED, that all actions heretofore taken by the Restructuring Parties, the officers, the individual directors, the Boards, sole members, and other authorized representatives of the Restructuring Parties with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions that require approval by the Boards and sole members are hereby in all respects, approved, adopted, ratified, and confirmed.

IN WITNESS WHEREOF, the undersigned have executed this written consent, and hereby consent to the foregoing resolutions, effective upon this the 5th day of August, 2024.

**The Board of Directors of The Aztec Fund Holding, Inc.**

*[DocuSigned by: Charles Haddad]*
Charles Haddad

*[Firmado por: signature]*
Alejandro Fernandez-Navarro

*[DocuSigned by: signature]*
Farid Mena Valdez

*[DocuSigned by: signature]*
Victor F. Herrera Prats

TAF Pinnacle Park, LLC
TAF Pinnacle Park Land, LLC
TAF Intellicenter, LLC
TAF Lakeside II, LLC
TAF Royal Tech, LLC
TAF 5775 DTC, LLC

By:  The Aztec Fund Holding, Inc.

By: *[DocuSigned by: Charles Haddad]*
Name:  Charles Haddad
Title:   President

**The Board of Directors of Aztec OME Holdings, Inc.**

*[DocuSigned by: Charles Haddad]*
Charles Haddad

*[Firmado por: signature]*
Alejandro Fernandez-Navarro

*[DocuSigned by: signature]*
Farid Mena Valdez

*[DocuSigned by: signature]*
Victor F. Herrera Prats

OME Windward Oaks, LLC
OME Lake Vista III & IV, LLC
OME 2001 Mark Center, LLC
OME Bowie Corporate Center, LLC

By: Aztec OME Holdings, Inc.

By: *[DocuSigned by: Charles Haddad]*
Name:  Charles Haddad
Title:   President

4