IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| THE AZTEC FUND HOLDING, INC., *et al.*,[1] | § § | Case No. 24-90436 (CML) |
| Debtors. | § § § | (Jointly Administered) |

**AGENDA FOR HEARING SET FOR
APRIL 23, 2025, AT 9:00 A.M. (CENTRAL TIME)**

The Aztec Fund Holding, Inc., and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), hereby submit this Agenda for the hearing on **April 23, 2025, at 9:00 a.m.** (prevailing Central Time) before the Honorable Christopher M. Lopez.

**AGENDA MATTERS**

1. *Debtors' Motion for Entry of an Order (I) Conditionally Approving Disclosure Statement; (II) Approving Solicitation and Notice Procedures; (III) Approving Forms of Ballot and Notices in Connection Therewith; (IV) Approving Combined Hearing Timeline; (V) Approving Equity Auction Procedures; and (VI) Granting Related Relief* [**Dkt. No. 392**]

   Status: This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: The Aztec Fund Holding, Inc. (7839); Aztec OME Holdings, Inc. (1731); OME 2001 Mark Center, LLC (9459); OME Bowie Corporate Center, LLC (2184); OME Lake Vista III & IV, LLC (4040); OME Windward Oaks, LLC (5261); TAF 5775 DTC, LLC (2526); TAF Intellicenter, LLC (0832); TAF Lakeside II, LLC (0253); TAF Pinnacle Park, LLC (3055); TAF Pinnacle Park Land, LLC (4591); and TAF Royal Tech, LLC (6049). The Debtors' service address is: Paseo de los Tamarindos 90, Torre 2 - Piso 27, Bosque de las Lomas, CDMX 05120.

Dated: April 22, 2025.                    Respectfully submitted,

                                                **MUNSCH HARDT KOPF & HARR, P.C.**

                                                By:  */s/ Alexander R. Perez*
                                                      John D. Cornwell
                                                      Texas Bar No. 24050450
                                                      Brenda L. Funk
                                                      Texas Bar No. 24012664
                                                      Julian P. Vasek
                                                      Texas Bar No. 24070790
                                                      Alexander R. Perez
                                                      Texas Bar No. 24074879
                                                      700 Milam Street, Suite 800
                                                      Houston, TX 77002-2806
                                                      Telephone: 713.222.1470
                                                      Facsimile: 713.222.1475
                                                      jcornwell@munsch.com
                                                      bfunk@munsch.com
                                                      jvasek@munsch.com
                                                      arperez@munsch.com

                                            *Counsel for Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of April, 2025, a true and correct copy of the foregoing *Agenda for Hearing* was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in the above-captioned case.

                                           */s/ Alexander R. Perez*
                                           Alexander R. Perez